Disposition of Petitions for Discretionary Review Under G.S. 7A-31

9 June 2016

| | | | |
|---|---|---|---|
| 158P06-7 | Derrick D. Boger v. Pat McCrory, Governor; W. David Guice, Commissioner; George T. Solomon, Director; D.R. Mitchell, Superintendent; Captain Ms. Mem; Captain Gernmany; Mr. Ingram | Plt's *Pro Se* Motion for Tort Claim Civil Complaint | Dismissed |
| 158P16 | Larry Brandon Moore v. Judge Jesse B. Caldwell, III | Plt's *Pro Se* Motion for Petition for Order to Show Cause Under Common Law | Dismissed |
| 161P16 | State v. Roger Christopher Oxendine | Def's PDR Under N.C.G.S. § 7A-31 (COA15-508) | Denied |
| 163P16 | State v. Arkeem Hakim Jordan | Def's *Pro Se* Motion for Writ of Error | Dismissed<br><br>**Ervin, J., recused** |
| 164P16 | State v. David Michael Wilson | 1. Def's *Pro Se* Motion for PDR *of Certiorari*<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 166P16 | State v. Jaahkii Quran Harris | 1. State's Motion for Temporary Stay (COA15-770)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/09/2016**<br><br>2.<br><br>3. |
| 167P16 | State v. William Edward Godwin, III | 1. State's Motion for Temporary Stay (COA15-766)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/09/2016**<br><br>2.<br><br>3. |